**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
)
SHARQAWI ABDU ALI AL-HAJJ )
(ISN 1457), )
)
        Petitioner, )
)
        v. )    **Civil No. 09-745 (RCL)**
)
BARACK OBAMA, *et al.*, )
)
        Respondents. )
)
_____)

## ERRATA

In the classified and unclassified versions of the Court's May 23, 2011 Memorandum Opinion [1529], the word "not" should be inserted in line one of page ten, such that the line reads as follows: "The Court agrees that petitioner's statement does *not* establish that he was subject to regular beatings at Bagram."

Signed by Royce C. Lamberth, Chief Judge, on June 8, 2011.